ACCEPTED
04-15-00436-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/11/2015 11:05:15 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00436-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/11/2015 11:05:15 PM
VOID EM
KEITH E. HOTTLE
Clerk

BRYAN SMITH D/B/A VISION DESIGN AND BUILD

APPELLANT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/12/2015 11:05:15 PM
KEITH E. HOTTLE
Clerk

VS.

ROBERT OVERBY AND TERESA OVERBY

APPELLEES

## APPELLANT'S UNOPPOSED FIRST
## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

BRYAN SMITH D/B/A VISION DESIGN AND BUILD, Appellant, submits his First Unopposed Motion for Extension of Time to File Appellant's Brief and in support of this motion states as follows:

1. Appellant's Brief is due November 12, 2015.

2. This motion is filed prior to the expiration of this due date.

3. The undersigned has conferred with the attorney for Appellees and this motion is unopposed.

4. Appellant requests an additional thirty (30) days to file its Appellant's Brief, extending the time to December 9, 2015, the first Monday following the expiration of 30 days.

5. No extension has previously been granted.

6. The undersigned is responsible for the preparation of this Appellant's Brief. The undersigned has been engaged in providing litigation support in numerous cases for a number of trial attorneys. Further, the undersigned has numerous previously scheduled mediations he is required to conduct. This extension request is not filed for purposes of delay.

## PRAYER

Appellant asks this Court to grant its motion extending the deadline to file its Appellant's Brief to December 15, 2015.

Respectfully submitted,

MARCELLA A. DELLA CASA
State Bar No. 24009862
REBECCA C. BERGERON
State Bar No. 24009862
BURLESON LLP
Weston Centre
112 East Pecan Street, Suite 700
San Antonio, TX 78205
(210) 870-2620 – Phone
(210) 870-2626 – Fax
mdellacasa@burlesonllp.com
rbergeron@burlesonllp.com

LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, TX  78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com


/s/Dan Pozza
State Bar No. 16224800

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby that a true and correct copy of the above and foregoing document has been delivered via e-mail transmission on this 12th day of November, 2015, to:

Robert P. Wilson
THOMAS J. HENRY INJURY ATTORNEYS
4715 Fredericksburg Road, Suite 507
San Antonio, TX  78229
rwilson@tjhlaw.com


/s/Dan Pozza